UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| WILLIAM JULIEN, GENA HURST, ERIC STEAR, DONALD WILSON, | ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 1:12-cv-01730-TWP-MJD

### ORDER REFERRING MOTION

United States Magistrate Mark J. Dinsmore is hereby designated pursuant to 28 U.S.C. § 636(b)(1)(B) to issue a report and recommendation on Plaintiff's Motion to Dismiss Defendant William Julien's Counterclaim at Docket No. 39.

IT IS SO ORDERED.

Date: 10/11/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

ERIC STEAR
6652 Dunsdin Drive
Plainfield, IN 46168

David P. Lynch
AMY NOE LAW
david@amynoelaw.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Gary L. Calhoun
UAW LEGAL SERVICES
garyca@uawlsp.com