UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) |
| WILLIAM JULIEN, GENA HURST, ERIC STEAR, DONALD WILSON, | ) |
| Defendants. | ) No. 1:12-cv-01730-TWP-MJD |
| WILLIAM JULIEN, | ) |
| Counter Claimant, | ) |
| vs. | ) |
| MALIBU MEDIA, LLC, | ) |
| Counter Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Entry of Default Judgment Against Defendant Donald Wilson. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  No final judgment shall issue at this time; rather, final judgment will issue following resolution of all claims in this matter.

Date:  11/25/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

David P. Lynch
AMY NOE LAW
david@amynoelaw.com

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
pauljnicoletti@gmail.com

Gary L. Calhoun
UAW LEGAL SERVICES
garyca@uawlsp.com

VIA US MAIL

ERIC  STEAR
6652 Dunsdin Drive
Plainfield, IN 46168

DONALD WILSON
415 Hummingbird Lane
Whiteland, IN  46184